UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE KENNEDY,  Case No. 05-72642

    Plaintiff,  DISTRICT JUDGE
ARTHUR J. TARNOW
v.

COMMISSIONER OF SOCIAL  MAGISTRATE JUDGE
SECURITY,  R. STEVEN WHALEN

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [DE 19] DENYING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT [DE 12], GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT [DE 18], AND AFFIRMING ADMINISTRATIVE DECISION**

    Before the Court are Plaintiff's motion for summary judgment [DE 12] and Defendant's motion for summary judgment [DE 18].  Magistrate Judge Whalen filed a report and recommendation [DE 19] recommending that Plaintiff's motion be denied and that Defendant's motion be granted.

    The Court having reviewed the parties' pleadings and the Magistrate Judge's R&R and being otherwise advised in the premises,

    IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings of the Court.

    IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment is DENIED.

    IT IS FURTHER ORDERED that Defendant's motion for summary judgment is GRANTED.

    SO ORDERED.


                s/Arthur J. Tarnow
                Arthur J. Tarnow
                United States District Judge

Dated:  July 14, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 14, 2006, by electronic and/or ordinary mail.

                         s/Theresa E. Taylor
                         Case Manager